*Thacher* and *Messrs. Mortimer W. H. Cox, Claude R. Branch, J. Frank Staley, W. Clifton Stone,* and *W. Marvin Smith* for respondents.

No. 593. SEABOARD AIR LINE RY. Co. *v.* LINK. January 19, 1931. Petition for writ of certiorari to the Supreme Court of South Carolina denied. *Mr. Murray Allen* for petitioner. *Mr. James D. Poag* for respondent.

No. 594. KING AMUSEMENT CO. *v.* COMMISSIONER OF INTERNAL REVENUE. January 19, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Abraham J. Levin* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist* and *Messrs. Claude R. Branch, J. Louis Monarch, John G. Remey,* and *Paul D. Miller* for respondent.

No. 597. HAUPTMAN ET AL. *v.* UNITED STATES. January 19, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Robert W. Jennings* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist* and *Messrs. Claude R. Branch* and *W. Marvin Smith* for the United States.

No. 602. ATLANTIC TRANSPORT CO. *v.* KOPFINGER. January 19, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Cletus Keating* for petitioner. *Mr. Charles A. Ellis* for respondent.